# FEERICK LYNCH MacCARTNEY
### ATTORNEYS AT LAW

96 SOUTH BROADWAY
SOUTH NYACK, NEW YORK 10960

TEL 845-353-2000
FAX 845-353-2789
www.flmpllc.com

DENNIS E.A. LYNCH
DONALD J. FEERICK, JR.
J. DAVID MACCARTNEY, JR.

OF COUNSEL
JAMES F. FREEMAN, JR.
PATRICK J. LOFTUS
KEVIN M. DOYLE
DAVID L. RESNICK
ALBERT F. KAISER

MARY E. MARZOLLA*
JENNIFER M. FEERICK +
BRIAN D. NUGENT*
CHRISTOPHER J. WALSH
PHYLLIS A. INGRAM=

* LICENSED IN NEW YORK AND NEW JERSEY
= LICENSED IN NEW YORK AND CONNECTICUT

June 9, 2010

**MEMO ENDORSED**

<u>Via Facsimile Transmission Only 914-390-4095</u>

Hon. George A. Yanthis, U.S.M.J.
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re:  <u>Khan Kudo v. Panda Restaurant and Panda Express Inc.</u>
    Docket No. 09 cv 0712 (CS)

Dear Judge Yanthis,

We represent the named Plaintiff, Khan Kudo, and the Opt-in Plaintiffs in the above referenced matter which involves a collective action under the Fair Labor Standards Act by restaurant General Managers who claim they were misclassified to recover unpaid overtime wages from Defendants.

Pursuant to Your Honor's direction at the April 22, 2010 conference, the parties respectfully submit this joint status report as to the pending discovery dispute. The parties have conferred and are pleased to report that they have resolved the production issue. The parties are continuing to discuss the separate issue of authentication of the documents produced and respectfully request one week to continue this discussion at which time we would propose reporting the status to Your Honor by June 16, 2010.

Thank you for Your Honor's consideration of our submission.

Respectfully submitted,

Mary E. Marzolla

MEM/vad
cc: Dominick C. Capozzola, Esq. (via fax)
    Sharon Margello, Esq. (via fax)

Granted
George A. Yanthis
USMJ  6/14/10