Sharon P. Margello
Dominick C. Capozzola
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
10 Madison Avenue, Suite 400
Morristown, New Jersey 07960
(973) 656-1600
sharon.margello@ogletreedeakins.com
dominick.capozzola@ogletreedeakins.com
Attorneys for Defendant Panda Restaurant
Group, Inc. and Panda Express, Inc.

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

---

| | | |
|---|---|---|
| KHAN KUDO, Individually and on Behalf of All Other Persons Similarly Situated, | : : : | Hon. Cathy Seibel Civil Action No.: 09-cv-0712-CS |
| Plaintiffs, | : : | |
| v. | : : | **NOTICE OF DEFENDANTS' MOTION TO DISMISS THE CLAIMS OF OPT-IN PLAINTIFF CHAOLUNG a/k/a JULIE CHANG** |
| PANDA RESTAURANT GROUP, INC., and PANDA EXPRESS, INC., | : : : | |
| Defendants. | : | |

---

TO:    Mary E. Brady Marzolla, Esq.
        Feerick, Lynch, MacCartney PLLC
        96 South Broadway
        South Nyack, New York 10960

**COUNSEL:**

**PLEASE TAKE NOTICE** that on a date to be determined by the Court Defendants Panda Restaurant Group, Inc. and Panda Express, Inc. will move before the Honorable Cathy Seibel, U.S.D.J. at the Hon. Charles L. Brieant Jr. Federal Building and United States Courthouse, 300 Quarropas Street, Courtroom 218, White Plains, New

York for an Order granting Defendant's Motion to Dismiss the Claims of Opt-In Plaintiff Chaoluung a/k/a Julie Chang pursuant to Fed. R. Civ. P. 37(d) and 41(b).

**PLEASE TAKE FURTHER NOTICE** that in support of said motion, Defendants shall rely upon the accompanying Brief and the Affidavit of Dominick Capozzola, Esq..

Respectfully submitted,

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
Attorneys for Defendants

Dated: August 27, 2010   By: /s/ _____
             Dominick C. Capozzola

9079041.1 (OGLETREE)