# FEERICK LYNCH MacCARTNEY PLLC
## ATTORNEYS AT LAW

96 SOUTH BROADWAY
SOUTH NYACK, NEW YORK 10960

TEL. 845-353-2000
FAX. 845-353-2789
www.flmpllc.com

DENNIS E.A. LYNCH
DONALD J. FEERICK, JR.
J. DAVID MacCARTNEY, JR.

MARY E. BRADY MARZOLLA*
JENNIFER M. FEERICK+
BRIAN D. NUGENT*
CHRISTOPHER J. WALSH
PHYLLIS A. INGRAM+

OF COUNSEL
JAMES J. FREEMAN, JR.
PATRICK J. LOFTUS
KEVIN M. DOYLE
DAVID J. RESNICK
ALBERT J. KAISER

*LICENSED IN NEW YORK AND NEW JERSEY
+LICENSED IN NEW YORK AND CONNECTICUT

**MEMO ENDORSED**

October 4, 2010

*Via Facsimile Transmission Only – (914) 390-4278*
Hon. Cathy Seibel, U.S.D.J.
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Application granted
SO ORDERED
Cathy Seibel
Cathy Seibel, U.S.D.J.
Dated: 10/4/10

Re: **Khan Kudo v. Panda Restaurant and Panda Express Inc.**
Docket No. 09 cv 0712 (CS)

Dear Judge Seibel:

We represent the main Plaintiff, Khan Kudo, and the Opt-in Plaintiffs in the above referenced matter which involves a collective action under the Fair Labor Standards Act by restaurant General Managers who claim they were misclassified to recover unpaid overtime wages from Defendants. Your Honor previously so-ordered the following motion schedule:

1. Plaintiffs shall serve their motion for conditional certification by August 26, 2010;

2. Defendants shall serve opposition on September 27, 2010; and

3. Plaintiffs shall serve any reply by October 11, 2010.

We understand that Court will be closed on October 11, 2010 in celebration of Columbus Day. Accordingly, with consent of defense counsel, we respectfully request to serve our reply on October 12, 2010. Also, we understand that your honor has a bundling rule and as such the foregoing materials will be submitted on October 12, 2010.

Thank you for Your Honor's consideration of this joint submission. If you should have any questions or require anything further, please do not hesitate to contact the parties.

Very truly yours,

Mary E. Brady Marzolla

MEBM/vad
cc: Sharon Margello, Esq. (via fax)
    Dominick C. Capozzola, Esq. (via fax)

# FEERICK LYNCH MacCARTNEY PLLC
ATTORNEYS AT LAW
96 SOUTH BROADWAY
SOUTH NYACK, NEW YORK 10960

(845) 353-2000
(845) 353-2789 - fax

## *FACSIMILE TRANSMITTAL SHEET*

| | | |
|---|---|---|
| DATE: | October 4, 2010 | |
| TO: | Hon. Cathy Seibel, U.S.D.J. | FAX #: 914-390-4278 |
| | Dominick Capozzola, Esq. | 973-656-1611 |
| | Sharon Margello, Esq. | |
| FROM: | Mary Marzolla | |
| RE: | <u>Khan Kudo et al v. Panda Restaurant and Panda Express Inc.</u> | |
| | Index No. 09 cv 0712(CS) | |

NO. OF PAGES (Including this cover sheet)     2

Description of item(s) transmitted and additional information:

*This facsimile transmission contains CONFIDENTIAL INFORMATION which my also be LEGALLY PRIVILEGED and which is intended only for the use of the Addressee(s) named above. If you are not the intended recipient of this facsimile transmission, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination or copying of this facsimile may be strictly prohibited. If you have received this facsimile in error, please notify us immediately by telephone and return the original facsimile to us via the United States Postal Service. Thank you.*

10/04/2010 15:27 FAX 18453532789 LAW OFFICE ☑001/002