# Ogletree
# Deakins

**OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.**

*Attorneys at Law*

10 Madison Avenue, Suite 400
Morristown, NJ 07960
Telephone: 973.656.1600
Facsimile: 973.656.1611
www.ogletreedeakins.com

10/19/10

Dominick C. Capozzola
dominick.capozzola@ogletreedeakins.com

MEMO ENDORSED

October 18, 2010

**VIA FACSIMILE ONLY – (914) 390-4278**
Hon. Cathy Seibel, U.S.D.J.
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Application granted.
SO ORDERED.
_____
Cathy Seibel, U.S.D.J.
Dated: 10/19/10

RE: ***Khan Kudo v. Panda Restaurant Group, Inc., et al.***
   *Case No. 09-cv-712-CS*

Dear Judge Seibel:

This firm represents Panda Restaurant Group, Inc. and Panda Express, Inc., the Defendants in the above referenced action. In accordance with Rule 2.B.i of Your Honor's Individual Practices, we write to respectfully request permission to file a five-page Sur-reply memorandum in opposition to Plaintiffs' Motion for Conditional Certification.

In their Reply papers, Plaintiffs submitted sixteen exhibits that they did not include in their moving papers, despite that the records were in their possession long before they served their moving papers in August, 2010. To make matters worse, Plaintiffs' counsel attached these records to an Affidavit in which she declared, repeatedly and *without personal knowledge*, that these records contradict many of the statements contained in Declarations submitted by Defendants' managerial employees.

Defendants strongly disagree with Plaintiffs' counsel's characterization of the evidence, which clearly rests on erroneous assumptions. We believe a Sur-reply is required to ensure the Court has an accurate description of the documents now contained in the Court record, as well as to rebut Plaintiffs' spurious statements attempting to undermine the Declarations of Defendants'

Atlanta • Austin • Birmingham • Bloomfield Hills • Boston • Charleston • Charlotte • Chicago • Cleveland • Columbia • Dallas • Denver • Greensboro
Greenville • Houston • Indianapolis • Jackson • Kansas City • Las Vegas • Los Angeles • Memphis • Miami • Minneapolis • Morristown • Nashville • New Orleans
Orange County • Philadelphia • Phoenix • Pittsburgh • Portland • Raleigh • St. Louis • St. Thomas • San Antonio • San Francisco • Tampa • Torrance • Tucson • Washington
A South Carolina Professional Corporation
Mark Diana ▪ New Jersey Managing Shareholder

October 18, 2010
Page 2



witnesses. If the Court grants this relief, Defendants will submit a Sur-reply within ten days of the Order granting the request, or such other time as the Court may deem appropriate.

                Respectfully submitted,

                OGLETREE, DEAKINS, NASH,
                SMOAK & STEWART, P.C.

                Dominick C. Capozzola

DCC/dmd

cc:    Mary Marzolla, Chris Walsh, Feerick, Lynch, MacCartney PLLC
       Jesse Curtis Rose, Valli, Kane & Vagnini, LLP
       Sharon Margello



OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.

*Attorneys at Law*

10 Madison Avenue, Suite 400
Morristown, NJ 07960
Telephone: 973.656.1600
Facsimile: 973.656.1611
www.ogletreedeakins.com

# FACSIMILE TRANSMITTAL

| DATE: | October 18, 2010 | PAGES: | 6 (Including Cover) |
|---|---|---|---|
| TO: | Hon. Cathy Seibel, U.S.D.J. | FROM: | Dominick C. Capozzola, Esq. |
| FAX: | (914) 390-4278 | PHONE: | (973) 630-2311 |
| PHONE: |  | CLIENT/MATTER NO.: |  |

If problems arise with receipt of this transmission, please contact:

Dina Marie DiFranco

Legal Assistant to Dominick C. Capozzola, Esq.

(973) 630-2326

**MESSAGE:**
　　　　Docket No. 09-cv-712-CS　　　　　Case Name: Kahn Kudo v. Panda Restaurant Group, Inc. et al.

9163310.1 (OGLETREE)

Atlanta ▪ Austin ▪ Birmingham ▪ Bloomfield Hills ▪ Boston ▪ Charleston ▪ Charlotte ▪ Chicago ▪ Cleveland ▪ Columbia ▪ Dallas ▪ Denver ▪ Greensboro
Greenville ▪ Houston ▪ Indianapolis ▪ Jackson ▪ Kansas City ▪ Las Vegas ▪ Los Angeles ▪ Memphis ▪ Miami ▪ Minneapolis ▪ Morristown ▪ Nashville ▪ New Orleans
Orange County ▪ Philadelphia ▪ Phoenix ▪ Pittsburgh ▪ Portland ▪ Raleigh ▪ St. Louis ▪ St. Thomas ▪ San Antonio ▪ San Francisco ▪ Tampa ▪ Torrance ▪ Tucson ▪ Washington

*CONFIDENTIALITY NOTICE: This message and the documents accompanying this facsimile are legally privileged, confidential, and exempt from disclosure under applicable law. The information is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, please be advised that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this information is strictly prohibited. If this communication has been received in error, please notify us by telephone immediately to arrange for the return of the original documents to us. Thank you.*

AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

__Southern__　　　DISTRICT OF　　__New York__

## APPEARANCE

Case Number: 09-cv-0712

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Plaintiff, Khan Kudo, Individually and on Behalf of All Other Persons Similarly Situated.

I certify that I am admitted to practice in this court.

| 10/12/2010 | _(signature)_ |
|---|---|
| Date | Signature |
|  | Jesse C. Rose　　　JR-2409 |
|  | Print Name　　　Bar Number |
|  | 600 Old Country Road; Ste. 519 |
|  | Address |
|  | Garden City　　New York　　11530 |
|  | City　　State　　Zip Code |
|  | (516) 203-7180　　(516) 706-0248 |
|  | Phone Number　　Fax Number |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
KHAN KUDO, Individually and on Behalf of All Other
Persons Similarly Situated,

    Plaintiffs,

    -against-

PANDA RESTAURANT GROUP, INC., and          Civ. No.09-0712 (CS)
PANDA EXPRESS, INC.,

    Defendants.
----------------------------------------------------------X

## DECLARATION AND
## CONSENT TO JOIN SUIT UNDER F.L.S.A.

I, REI RYAN, do hereby swear and affirm as follows:

1. I make this Declaration based upon personal and professional knowledge.

2. I am over 21 years of age and fully competent to make this Declaration. My address is 565 S. Mason Road, Katy, Texas.

3. I worked as a General Manager for Defendants from 2008 until 2010 at restaurants located in Texas

4. Defendants failed to pay me any overtime compensation even though I regularly worked more than 40 hours a week. In fact, I usually worked 50 to 60 hours per week at the restaurant site.

5. I, REI RYAN hereby consent to be a party/plaintiff to join this action brought pursuant to the Fair Labor Standards Act of 1947, 29 U.S.C. §216 (b).

1

I DECLARE under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: ~~August~~ Oct. 07, 2010
Katy, Texas

_____
REI RYAN