UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
KHAN KUDO, Individually and on Behalf of All Other
Persons Similarly Situated,

      Plaintiffs,

      -against-

PANDA RESTAURANT GROUP, INC., and          Civ. No.09-0712 (CS)
PANDA EXPRESS, INC.,

      Defendants.
-----------------------------------------------------------------X

## DECLARATION AND CONSENT TO JOIN SUIT UNDER F.L.S.A.

I, XINGYUN CHEN, do hereby swear and affirm as follows:

1. I make this Declaration based upon personal and professional knowledge.

2. I am over 21 years of age and fully competent to make this Declaration. My address is 9195 East Oxford Drive, Denver, Colorado, 80237.

3. I worked as a General Manager for Defendants from approximately October, 2009 to June, 2011 at a restaurant located in Denver, Colorado.

4. Defendants failed to pay me any overtime compensation even though I regularly worked more than 40 hours a week. In fact, I usually worked 50 and 55 hours per week at the restaurant site, except for the holiday seasons when I worked about 60 to 70 hours per week.

5. I, XINGYUN CHEN hereby consent to be a party/plaintiff to join this action brought pursuant to the Fair Labor Standards Act of 1947, 29 U.S.C. §216 (b).

1

I DECLARE under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: October, 17 2011
Denver, CO

_____
XINGYUN CHEN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
KHAN KUDO, Individually and on Behalf of All Other
Persons Similarly Situated,

           Plaintiffs,

           -against-

PANDA RESTAURANT GROUP, INC., and
PANDA EXPRESS, INC.,

           Defendants.
-----------------------------------------------------------------------X

CONSENT

Civ. No.09-0712 (CS)

## CONSENT TO REPRESENTATION

I am a party plaintiff in the above-captioned lawsuit in order to seek redress for violations of the Fair Labor Standards Act, 29 U.S.C. § 216(b), as set forth in the Complaint.

I hereby designate Feerick Lynch MacCartney PLLC and Valli Kane & Vagnini LLP as co-counsel to represent me in the suit.

_____
XINGYUN CHEN (sign name)

_XINGYUN CHEN_
XINGYUN CHEN (Print Name)


9195 East Oxford Drive
Street Address


Denver, Colorado 80237
City, State, and Zip Code