*Kudo v. Panda Express*
案號 : *Civ. No.09-cv 0712(CS)*

## 同意以原告身份參與訴訟

我特此同意以原告身份參與上述訴訟。

自2008年10月20日起,我以前/目前是Panda Express餐廳的受薪總經理。

我瞭解,此訴訟係根據《公平勞動基準法》提起。我同意成為本案原告,並願意服從法院就本案作出的任何有利或不利裁判決。我進一步同意服從法院批准的任何和解或作出的任何判決。

我指定Feerick Lynch MacCartney PLLC和Valli Kane & Vagnini LLP(「原告律師」)為我的代理人,處理本次訴訟的所有事宜。

我亦指定提起本次訴訟之原告的律師為我的代理人,代我作出與訴訟以及訴訟方法有作的決定,如有必要,我同意在紐約市參與證據開示程序和出庭宣誓作證或參與審理。我瞭解,原告律師按勝訴與否收取費用。

| | |
|---|---|
| 11/28/11 | *(signature)* |
| 日期 | 簽名 |
| | WEI CHAO GUAN |
| 電子郵件地址 | 合法全名(正楷) |
| 家庭電話號碼 | 街道地址 |
| 手機號碼 | 城市、州、郵遞區號 |
| 1997/11/15 | 1983 |
| 受僱成為Panda Express總經理的日期 | 分店編號 |

7610 CARPENTER RD SKOKIE IL 60077
分店地點

為了透過原告律師參與本次訴訟,必須於JANUARY 20, 2012或之前收到此表格,並使用隨附預付郵資的信封寄還:

*Kudo v. Panda Express*
c/o Simpluris, Inc. Claim Administrator
P.O. Box 679560
Orlando, Florida 32867
Fax: 714-824-8591
Email: pegmcase@vkvlawyers.com

281358
55



AA64378BB14420CC2231722DD3534796

SIMID 352