*Kudo v. Panda Express*
案號：Civ. No.09-cv 0712(CS)

## 同意以原告身份參與訴訟

我特此同意以原告身份參與上述訴訟。

自2008年10月20日起，我以前/目前是Panda Express餐廳的受薪總經理。

我瞭解，此訴訟係根據《公平勞動基準法》提起。我同意成為本案原告，並願意服從法院就本案作出的任何有利或不利裁判決。我進一步同意服從法院批准的任何和解或作出的任何判決。

我指定Feerick Lynch MacCartney PLLC和Valli Kane & Vagnini LLP（「原告律師」）為我的代理人，處理本次訴訟的所有事宜。

我亦指定提起本次訴訟之原告的律師為我的代理人，代我作出與訴訟以及訴訟方法有作的決定，如有必要，我同意在紐約市參與證據開示程序和出庭宣誓作證或參與審理。我瞭解，原告律師按勝訴與否收取費用。

___12/10/2011___  
日期

___[signature]___  
簽名

___MIN HWA WuYu___  
合法全名（正楷）

電子郵件地址

街道地址

家庭電話號碼

城市、州、郵遞區號
___1197___
分店編號

手機號碼

___9/16/2001___  
受僱成為Panda Express總經理的日期

___2495 S AVE B   Yuma AZ 85364___  
分店地點

為了透過原告律師參與本次訴訟，必須於JANUARY 20, 2012或之前收到此表格，並使用隨附預付郵資的信封寄還：

*Kudo v. Panda Express*
c/o Simpluris, Inc. Claim Administrator
P.O. Box 679560
Orlando, Florida 32867
Fax: 714-824-8591
Email: pegmcase@vkvlawyers.com

Page 1 of 1

284404
81

SIMID 1173