## 同意以原告身份參與訴訟

**我特此同意以原告身份參與上述訴訟。**

**自2008年10月20日起，我以前/目前是Panda Express餐廳的受薪總經理。**

**我瞭解，此訴訟係根據《公平勞動基準法》提起。我同意成為本案原告，並願意服從法院就本案作出的任何有利或不利裁判決。我進一步同意服從法院批准的任何和解或作出的任何判決。**

**我指定Feerick Lynch MacCartney PLLC和Valli Kane & Vagnini LLP（「原告律師」）為我的代理人，處理本次訴訟的所有事宜。**

**我亦指定提起本次訴訟之原告的律師為我的代理人，代我作出與訴訟以及訴訟方法有作的決定，如有必要，我同意在紐約市參與證據開示程序和出庭宣誓作證或參與審理。我瞭解，原告律師按勝訴與否收取費用。**

| 1/6/2012 | *Clerk Li* (簽名) |
|---|---|
| 日期 | 簽名 |
| | *Xinrong, Li* |
| 電子郵件地址 | 合法全名（正楷） |
| | |
| 家庭電話號碼 | 街道地址 |
| | |
| 手機號碼 | 城市、州、郵遞區號 |
| *May 2009* | *PX1535* |
| 受僱成為Panda Express總經理的日期 | 分店編號 |
| *500 Triangle Shopping Ctr* | |
| 分店地點 *Longview, WA 98632* | |

**為了透過原告律師參與本次訴訟，必須於JANUARY 20, 2012或之前收到此表格，並使用隨附預付郵資的信封寄還：**

*Kudo v. Panda Express*
**c/o Simpluris, Inc. Claim Administrator**
**P.O. Box 679560**
**Orlando, Florida 32867**
**Fax: 714-824-8591**
**Email: pegmcase@vkvlawyers.com**
Page 1 of 1

289505
123

A A64378BB14420CC2231939DD3535013

SIM1D_569