## CONSENT TO BECOME PARTY PLAINTIFF

I hereby give my consent to become a party plaintiff in the above-captioned lawsuit.

I was/am a salaried General Manager for Panda Express brand restaurant at some point since October 20, 2008.

I understand this lawsuit is being brought under the Fair Labor Standards Act. I, agree, and consent to become a party plaintiff and to be bound by any adjudication of this action by the Court, whether favorable or unfavorable. I further agree to be bound by any approved settlement or judgment entered by the Court.

I designate Feerick Lynch MacCartney PLLC and Valli Kane & Vagnini LLP ("Plaintiffs' Counsel"), to represent me for all purposes in the action.

I also designate the attorneys for the Plaintiff who brought this lawsuit as my agents to make decisions on my behalf concerning the litigation and method and manner of conducting this litigation and, if necessary, I agree to participate in discovery and attend a deposition or trial in New York. I understand that Plaintiffs' Counsel is retained on a contingency fee basis.

| | |
|---|---|
| 12/20/11<br>Date | *Signature* |
| [redacted]<br>Email Address | Juan Manuel Luna<br>Full Legal Name (Print) |
| Home Telephone Number | [redacted]<br>Street Address |
| [redacted]<br>Cell Telephone Number | City, State, Zip Code |
| 12-28-2008   2-15/2010<br>Dates of Employment as GM with Panda Express | 506<br>Store Number |
| Fort Union<br>Store Location | |

TO PARTICIPATE IN THIS LAWSUIT THROUGH PLAINTIFF'S ATTORNEYS, THIS FORM MUST BE RECEIVED ON OR BEFORE **JANUARY 20, 2012** AND RETURNED IN THE POSTAGE PREPAID ENCLOSED ENVELOPE TO :

*Kudo v. Panda Express*
**c/o Simpluris, Inc. Claim Administrator
P.O. Box 679560
Orlando, Florida 32867
Fax: 714-824-8591
Email: pegmcase@vkvlawyers.com**

290705
131

AA64378BB14420CC2231994DD3535068

SIMID 624